FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT - 3 2017

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 4:17CR 00293 BSM |
| vs. | ) |
| | ) **FILED UNDER SEAL** |
| | ) |
| TROY R. LOADHOLT, aka Tricky, | ) |
| DAVID D. SINGLETON, aka LA, | ) |
| DARLENE WALKER, | ) 21 U.S.C. § 846 |
| WESLEY S. GULLETT, | ) 21 U.S.C. §§ 841(a)(1), |
| MICHAEL J. ROBERTS, | ) (b)(1)(A), (b)(1)(B), (b)(1)(C) |
| SHELBY L. THOMPSON, aka Shelby Roberts, | ) 18 U.S.C. § 922(g)(1) |
| COREY A. FORD, | ) 18 U.S.C. § 924(c) |
| CORY S. DONNELLY, | ) |
| LESA A. STANDRIDGE, | ) |
| DALLAS D. STANDRIDGE, | ) |
| JEFFREY G. HOWELL, aka Loon, | ) |
| RICHARD K. HAMPTON, | ) |
| SUSAN HAMPTHHON, | ) |
| APRIL M. TEETER, aka April Crain, | ) |
| MELISSA D. KIZER, aka Mel, | ) |
| ANDREW R. SYVERSON, aka Drew, | ) |
| ROBERT H. CHANDLER, aka Robbie, | ) |
| BRITTANY FERGUSON, aka Brittany Gideon, | ) |
| SHANNON J. FERGUSON, aka Shannon Pridmore, | ) |
| aka Shannon Spencer, | ) |
| BRITTANIE N. HANDLEY, | ) |
| APRIL HOWELL, aka Apes, | ) |
| TIFFANY L. PARKER, | ) |
| HEATH KIZER, | ) |
| RALPH A. ROSS, aka R.A., | ) |
| BRITANNY S. CONNER, | ) |
| KATHRINE R. ROSS, aka Katie, | ) |
| JEFFREY L. KNOX, | ) |
| CHRISTOPHER S. HELMS, | ) |
| TONY L. HEYDENREICH, | ) |
| VALERIE J. BAKER, | ) |
| THOMAS I. PLAISANCE JR., aka Tommy, | ) |
| PAULA S. ENOS, | ) |
| WESLEY W. PIERSON, | ) |
| HENRI T. KEENER II, | ) |

1

| | |
|---|---|
| JUSTIN B. HOWELL, aka Bubba, | ) |
| JAYME L. SHORT, | ) |
| DANIEL ADAME, aka Punky, | ) |
| SKIPPY D. SANDERS, | ) |
| TIMOTHY J. FERGUSON, aka T.J., | ) |
| KEVIN M. LONG, | ) |
| JARED R. DALE, | ) |
| JAMES NICHOLAS GEORGE, aka Nick, | ) |
| KEITH C. SAVAGE, aka K.C., | ) |
| JOSEPH D. PRIDMORE | ) |

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1

1. Beginning in or about June 2015, and continuing through in or about October 2017, in the Eastern District of Arkansas, and elsewhere,

TROY R. LOADHOLT, aka Tricky,
DAVID D. SINGLETON, aka LA,
DARLENE WALKER,
WESLEY S. GULLETT,
MICHAEL J. ROBERTS,
SHELBY L. THOMPSON, aka Shelby Roberts,
COREY A. FORD,
CORY S. DONNELLY,
LESA A. STANDRIDGE,
DALLAS D. STANDRIDGE,
JEFFREY G. HOWELL, aka Loon,
RICHARD K. HAMPTON,
SUSAN HAMPTON,
APRIL M. TEETER, aka April Crain,
MELISSA D. KIZER, aka Mel,
ANDREW R. SYVERSON, aka Drew,
ROBERT H. CHANDLER, aka Robbie,
BRITTANY FERGUSON, aka Brittany Gideon,
SHANNON J. FERGUSON, aka Shannon Pridmore, aka Shannon Spencer,
BRITTANIE N. HANDLEY,
APRIL HOWELL, aka Apes,

2

TIFFANY L. PARKER,
HEATH KIZER,
RALPH A. ROSS, aka R.A.,
BRITANNY S. CONNER,
KATHRINE R. ROSS, aka Katie,
JEFFREY L. KNOX,
CHRISTOPHER S. HELMS,
TONY L. HEYDENREICH,
VALERIE J. BAKER,
THOMAS I. PLAISANCE JR., aka Tommy,
PAULA S. ENOS,
WESLEY W. PIERSON,
HENRI T. KEENER II,
JUSTIN B. HOWELL, aka Bubba,
JAYME L. SHORT,
DANIEL ADAME, aka Punky,
SKIPPY D. SANDERS,
TIMOTHY J. FERGUSON, aka T.J.,
KEVIN M. LONG,
JARED R. DALE,
JAMES NICHOLAS GEORGE, aka Nick,
KEITH C. SAVAGE, aka K.C.,
JOSEPH D. PRIDMORE,

defendants herein, conspired and agreed with each other, and with others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute and to distribute methamphetamine actual and a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

With respect to defendants TROY R. LOADHOLT, aka Tricky, DAVID D. SINGLETON, aka L.A., DARLENE WALKER, WESLEY S. GULLETT, MICHAEL J. ROBERTS, SHELBY L. THOMPSON, aka Shelby Roberts, COREY A. FORD, CORY S. DONNELLY, LESA A. STANDRIDGE, DALLAS D. STANDRIDGE, JEFFREY G.

HOWELL, aka Loon, RICHARD K. HAMPTON, SUSAN HAMPTON, APRIL M. TEETER, aka April Crain, MELISSA D. KIZER, aka Mel, ANDREW R. SYVERSON, aka Drew, ROBERT H. CHANDLER, aka Robbie, BRITTANY FERGUSON, aka Brittany Gideon, SHANNON J. FERGUSON, aka Shannon Pridmore, aka Shannon Spencer, APRIL HOWELL, aka Apes, TIFFANY L. PARKER, HEATH KIZER, BRITANNY S. CONNER, KATHRINE R. ROSS, aka Katie, JEFFREY L. KNOX, CHRISTOPHER S. HELMS, VALERIE J. BAKER, THOMAS I. PLAISANCE JR., aka Tommy, PAULA S. ENOS, WESLEY W. PIERSON, HENRI T. KEENER II, DANIEL ADAME, aka Punky, JUSTIN B. HOWELL, aka Bubba, JAYME L. SHORT, SKIPPY D. SANDERS, TIMOTHY J. FERGUSON, aka T.J., KEVIN M. LONG, JARED R. DALE, JAMES NICHOLAS GEORGE, aka Nick, KEITH C. SAVAGE, aka K.C., JOSEPH D. PRIDMORE, the amount of methamphetamine involved in the conspiracy attributable to each of them as a result of his or her own conduct, and the conduct of other co-conspirators reasonably foreseeable to him or her own conduct, and the conduct of other co-conspirators reasonably foreseeable to him or her, is 500 grams or more of a mixture and substance containing methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to defendants RALPH A. ROSS, aka R.A., and TONY L. HEYDENREICH, the amount of methamphetamine involved in the conspiracy attributable to each of them as a result of his own conduct, and the conduct of other co-conspirators reasonably foreseeable to him or her own conduct, and the conduct of other

4

co-conspirators reasonably foreseeable to him or her, is 50 grams or more, but less than 500 grams, of a mixture and substance containing methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

With respect to defendant, BRITTANIE N. HANDLEY, the amount of methamphetamine involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other co-conspirators reasonably foreseeable to him or her own conduct, and the conduct of other co-conspirators reasonably foreseeable to him or her, is 5 grams or more, but less than 50 grams, of methamphetamine actual, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about January 12, 2017, in the Eastern District of Arkansas, the defendant,

MICHAEL J. ROBERTS,

did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine actual, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 3

On or about January 12, 2017, in the Eastern District of Arkansas, and elsewhere, the defendant,

MICHAEL J. ROBERTS,

knowingly possessed at least one of the following firearms, to wit: a Smith and Wesson, M&P 15-22, .22 caliber rifle, bearing serial number DVW1137; a SAIGA, .308 Winchester rifle, bearing serial number H08740892; a DPMS, model A15, .223 caliber rifle, bearing serial number FH108560; a Mossberg, model 500, 20 gauge shotgun, bearing serial number V0020126; a Winchester, model 94, 30-30 caliber rifle, bearing serial number 4273624; a Sturm Ruger, model Mini 14, .223 caliber rifle, bearing serial number 18074764; a Winchester, model 37A, 20 gauge shotgun, bearing serial number C507588; a Stevens, model 77A , 12 gauge shotgun; a Westernfield, model 550CD, 20 gauge shotgun, bearing serial number M550CD; a Smith and Wesson, model 22A-1, .22 caliber pistol, bearing serial number UBV4800; a Rossi, manufactured by Interarms, model M88, .38 caliber revolver, bearing serial number W517530; and, a Cricket, .22 caliber rifle, bearing serial number 680653, in furtherance of a drug-trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846 as further set forth in Counts 1, and 2 of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 4

On or about February 29, 2016, in the Eastern District of Arkansas, the defendant,

WESLEY S. GULLETT,

knowingly and intentionally distributed 5 grams or more, but less than 50 grams, of methamphetamine actual, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 5

On or about November 16, 2016, in the Eastern District of Arkansas, the defendant,

DALLAS D. STANDRIDGE,

did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine actual, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 6

On or about March 28, 2017, in the Eastern District of Arkansas, the defendant,

LESA A. STANDRIDGE,

did knowingly and intentionally possess with intent to distribute less than 50 grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 7

On or about April 17, 2017, in the Eastern District of Arkansas, the defendant,

LESA A. STANDRIDGE,

did knowingly and intentionally possess with intent to distribute 5 grams or more, but less than 50 grams, of methamphetamine actual, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 8

On or about April 17, 2017, in the Eastern District of Arkansas, and elsewhere, the defendant,

LESA A. STANDRIDGE,

knowingly possessed at least one or more of the following firearms, to wit: a Canik, manufactured by Century Arms, model TP9SA, 9 millimeter pistol, bearing serial number 15AP09177; a Remington, SPR, 12 gauge shotgun, bearing serial number 07018506R; and, a Taurus, .38 special revolver, bearing serial number 869439, in furtherance of a drug-trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and 846 as further set forth in Counts 1 and 7 of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 9

A. Prior to April 17, 2017, the defendant,

LESA A. STANDRIDGE,

had previously been convicted as follows:

    1. In the Circuit Court of Pope County, for delivery of a controlled substance methamphetamine, in criminal case CR 2013-452, on or about May 18, 1990;

B. The crime set forth in paragraph A above was punishable by a term of imprisonment exceeding one year.

C. On or about April 17, 2017, in the Eastern District of Arkansas, the defendant,

LESA A. STANDRIDGE,

did knowingly possess one or more of the following firearms in and affecting commerce, to wit: a Canik, manufactured by Century Arms, model TP9SA, 9 millimeter pistol, bearing serial number 15AP09177; a Remington, SPR, 12 gauge shotgun, bearing serial number 07018506R; and, a Taurus, .38 special revolver, bearing serial number 869439, in violation Title 18, United States Code, Section 922(g)(1).

## COUNT 10

On or about August 24, 2016, in the Eastern District of Arkansas, the defendant,

APRIL M. TEETER, aka April Crane,

knowingly and intentionally distributed 5 grams or more, but less than 50 grams, of methamphetamine actual, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 11

On or about October 3, 2016, in the Eastern District of Arkansas, the defendant,

APRIL M. TEETER, aka April Crane,

knowingly and intentionally distributed 5 grams or more, but less than 50 grams, of methamphetamine actual, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 12

On or about October 18, 2016, in the Eastern District of Arkansas, the defendant,

BRITTANIE N. HANDLEY,

knowingly and intentionally distributed 5 grams or more, but less than 50 grams, of methamphetamine actual, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 13

A. Prior to February 8, 2017, the defendant,

CHRISTOPHER S. HELMS,

had previously been convicted as follows:

In the Pope County Circuit Court for Possession of a controlled substance, in criminal case CR 2002-374, on or about September 4, 2002.

B.  The crime set forth in paragraph A above was punishable by a term of imprisonment exceeding one year.

C.  On or about February 8, 2017, in the Eastern District of Arkansas,

CHRISTOPHER S. HELMS,

did knowingly possess the following firearm in and affecting commerce, to wit, a Smith and Wesson, model Bodyguard, .380 caliber pistol, bearing serial number KBC881.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 14

On or about April 26, 2017, in the Eastern District of Arkansas, the defendant,

VALERIE J. BAKER,

knowingly and intentionally distributed 50 grams or more of methamphetamine actual, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 15

On or about May 13, 2017, in the Eastern District of Arkansas, the defendant,

VALERIE J. BAKER,

did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine actual, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 16

On or about May 12, 2017, in the Eastern District of Arkansas, the defendants,

VALERIE J. BAKER and WESLEY W. PIERSON,

did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine actual, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 17

A. Prior to May 26, 2017, the defendant,

KEVIN M. LONG,

had previously been convicted as follows:

1. In the Pope County Circuit Court for Battery 2nd, in criminal case CR 2013-301, on or about November 18, 2013.

2. In the Pope County Circuit Court for Forgery 2nd Degree, in criminal case CR 2013-317, on or about November 18, 2013.

3. In the Pope County Circuit Court for Delivery of methamphetamine, in criminal case CR 2013-498, on or about March 5, 2014.

4. In the Pope County Circuit Court for Residential burglary, in criminal case CR 2014-233, on or about August 12, 2014.

B. The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C. On or about May 26, 2017, in the Eastern District of Arkansas, the defendant

KEVIN M. LONG,

did knowingly possess the following firearm in and affecting commerce, to wit, Taurus, model 992 Tracker, .22 caliber revolver, bearing serial number FW676839.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 18

On or about April 19, 2017, in the Eastern District of Arkansas, the defendant,

JARED R. DALE,

knowingly and intentionally distributed 50 grams or more of methamphetamine actual, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 19

On or about February 17, 2017, in the Eastern District of Arkansas, the defendant,

JOSEPH D. PRIDMORE,

knowingly and intentionally distributed 5 grams or more, but less than 50 grams, of methamphetamine actual, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 20

On or about February 28, 2017, in the Eastern District of Arkansas, the defendant,

JOSEPH D. PRIDMORE,

knowingly and intentionally distributed 5 grams or more, but less than 50 grams, of methamphetamine actual, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## FORFEITURE ALLEGATION 1

Upon conviction of one or more of the offenses alleged in Count 1, of this Indictment, the defendants,

TROY R. LOADHOLT, aka Tricky,
DAVID D. SINGLETON, aka LA,
DARLENE WALKER,
WESLEY S. GULLETT,
MICHAEL J. ROBERTS,
SHELBY L. THOMPSON, aka Shelby Roberts,
COREY A. FORD,
CORY S. DONNELLY,
LESA A. STANDRIDGE,
DALLAS D. STANDRIDGE,
JEFFREY G. HOWELL, aka Loon,
RICHARD K. HAMPTON,
SUSAN HAMPTON,
APRIL M. TEETER, aka April Crain,
MELISSA D. KIZER, aka Mel,
ANDREW R. SYVERSON, aka Drew,
ROBERT H. CHANDLER, aka Robbie,
BRITTANY FERGUSON, aka Brittany Gideon,
SHANNON J. FERGUSON, aka Shannon Pridmore, aka Shannon Spencer,
BRITTANIE N. HANDLEY,
APRIL HOWELL, aka Apes,
TIFFANY L. PARKER,
HEATH KIZER,
RALPH A. ROSS, aka R.A.,
BRITANNY S. CONNER,
KATHRINE R. ROSS, aka Katie,
JEFFREY L. KNOX,
CHRISTOPHER S. HELMS,
TONY L. HEYDENREICH,
VALERIE J. BAKER,
THOMAS I. PLAISANCE JR., aka Tommy,
PAULA S. ENOS,
WESLEY W. PIERSON,
HENRI T. KEENER II,
JUSTIN B. HOWELL, aka Bubba,
JAYME L. SHORT,

        DANIEL ADAME, aka Punky,
        SKIPPY D. SANDERS,
        TIMOTHY J. FERGUSON, aka T.J.,
        KEVIN M. LONG,
        JARED R. DALE,
        JAMES NICHOLAS GEORGE, aka Nick,
        KEITH C. SAVAGE, aka K.C.,
        JOSEPH D. PRIDMORE,

shall forfeit to the United States, under 21 U.S.C. § 853(a), all property, constituting, or derived from, proceeds the defendants obtained, directly or indirectly, as a result of the offense(s).

## FORFEITURE ALLEGATION 2

Upon conviction of one or more of the offenses alleged in Count 1 of this Indictment, the defendants,

        TROY R. LOADHOLT, aka Tricky,
        DAVID D. SINGLETON, aka LA,
        DARLENE WALKER,
        WESLEY S. GULLETT,
        MICHAEL J. ROBERTS,
        SHELBY L. THOMPSON, aka Shelby Roberts,
        COREY A. FORD,
        CORY S. DONNELLY,
        LESA A. STANDRIDGE,
        DALLAS D. STANDRIDGE,
        JEFFREY G. HOWELL, aka Loon,
        RICHARD K. HAMPTON,
        SUSAN HAMPTON,
        APRIL M. TEETER, aka April Crain,
        MELISSA D. KIZER, aka Mel,
        ANDREW R. SYVERSON, aka Drew,
        ROBERT H. CHANDLER, aka Robbie,
        BRITTANY FERGUSON, aka Brittany Gideon,
        SHANNON J. FERGUSON, aka Shannon Pridmore, aka Shannon Spencer,
        BRITTANIE N. HANDLEY,
        APRIL HOWELL, aka Apes,

TIFFANY L. PARKER,
HEATH KIZER,
RALPH A. ROSS, aka R.A.,
BRITANNY S. CONNER,
KATHRINE R. ROSS, aka Katie,
JEFFREY L. KNOX,
CHRISTOPHER S. HELMS,
TONY L. HEYDENREICH,
VALERIE J. BAKER,
THOMAS I. PLAISANCE JR., aka Tommy,
PAULA S. ENOS,
WESLEY W. PIERSON,
HENRI T. KEENER II,
JUSTIN B. HOWELL, aka Bubba,
JAYME L. SHORT,
DANIEL ADAME, aka Punky,
SKIPPY D. SANDERS,
TIMOTHY J. FERGUSON, aka T.J.,
KEVIN M. LONG,
JARED R. DALE,
JAMES NICHOLAS GEORGE, aka Nick,
KEITH C. SAVAGE, aka K.C.,
JOSEPH D. PRIDMORE,

shall forfeit to the United States, pursuant to 21 USC §853(a), 28 U.S.C. 2461(c), all property used , or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense(s).

## FORFEITURE ALLEGATION 3

Upon conviction of the offense alleged in Count 7 of this Indictment, the defendant,

LESA M. STANDRIDGE,

shall forfeit to the United States to pursuant to Title 21 United States Code, Section 853, all firearms and ammunition used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including, but not limited to:

1. One (1) Canik, manufactured by Century Arms, model TP9SA, 9 millimeter pistol, bearing serial number 15AP09177;
2. One (1) Remington, SPR, 12 gauge shotgun, bearing serial number 07018506R;
3. One (1) Taurus, .38 special revolver, bearing serial number 869439; and
4. Ammunition.

## FORFEITURE ALLEGATION 4

Upon conviction of the offense alleged in Counts 8 and 9 of this Indictment, the defendant,

LESA M. STANDRIDGE,

shall forfeit to the United States to pursuant to Title 18, United States Code, Section 924(d), Title 21 United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to:

1. One (1) Canik, manufactured by Century Arms, model TP9SA, 9 millimeter pistol, bearing serial number 15AP09177;

2. One (1) Remington, SPR, 12 gauge shotgun, bearing serial number 07018506R;

3. One (1) Taurus, .38 special revolver, bearing serial number 869439; and

4. Ammunition.

## FORFEITURE ALLEGATION 5

Upon conviction of the offense alleged in Count 17 of this Indictment, the defendant,

KEVIN M. LONG,

shall forfeit to the United States to pursuant to Title 18, United States Code, Section 924(d), Title 21 United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to:

1. One (1) Taurus, model 992 Tracker, .22 caliber revolver, bearing serial number FW676839, and

2. Ammunition.