Judge Miller                                    4:17-CR-293-44 BSM

My Name Joseph Pridmore You sentenced me in March of 2020 to 150 months Case# 4,17-CR-0093 I am writing you today to give you this Pitition For Amendment 821 section A 4A1.1 Because I know their A Bunch of New Law's that got passed on Nov 1 And them Laws pertain to me like the 2 point Enchancment For Being on Parole when I caught my Carge I am suppose to get 15 months off my sentence And they change the sentence guidelines I Am trying to Find out All the ones that Applies to me. And get the time off my sentence Please get Back to me And Let me Know which Laws Applies to me I Am At Big Sandy But I Am Fixing to get transfer So check the BoP website to Find out IF I Am still or got ship some where Please get Back to me

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 06 2023
TAMMY H. DOWNS, CLERK
By: ___ DEP CLERK

Heres the Address                Thank you
Joseph Pridmore #31677-009        Joseph Pridmore
P.O Box 2068
Inez KY 41224

Joseph Pridmore
vs
United States of America

Joseph Pridmore #31677-009
Sentence Date 3-25-2020  Sentence Length 150 months
Conviction Date 3-25-2020  Probation Length 5 years
Case # 4.17-CR-00293-BSM-44

US Eastern District of Arkansas

Pitition For Amendment 821 section A 4A1.1

We Formerly Request Relief For MR Pridmore Due to Newly Amended law that went Into Effect on Nov 1 2023 Amendment 821 section A which Applies to MR Pridmore And Should be applied Under New Rule of law This Pitition comes After 1year of Sentence due to the timeing of the Newly Amended law 2023 which went into Effect on November the First of this Year In Conjunction with the New law I pitition the Court Seeking the 15 months off my sentence Please Respond within 14 Bussiness days with A File mark Copy of this Pitition to the Court or A Ruleing within 14 Bussines Days