MIME-Version:1.0 From:ecf_support@ared.uscourts.gov To:ared_ecf@localhost.localdomain Bcc: Message-Id:<9502319@ared.uscourts.gov>Subject:Activity in Case 4:17-cr-00293 USA v. Loadholt et al Reduce Sentence - USSC Amendment Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Arkansas

**Notice of Electronic Filing**

The following transaction was entered on 11/6/2023 at 11:53 AM CST and filed on 11/6/2023

| | |
|---|---|
| **Case Name:** | USA v. Loadholt et al |
| **Case Number:** | 4:17-cr-00293-BSM |
| **Filer:** | Dft No. 44 - Joseph D Pridmore |
| **Document Number:** | 2808 |

**Docket Text:**
Pro Se MOTION to Reduce Sentence - USSC Amendment by Joseph D Pridmore. Copy mailed.

---

STATES DISTRICT COURT
CLERK'S OFFICE
D ARNOLD UNITED STATES COURTHOUSE
00 W. CAPITOL AVENUE
SUITE A-149
OCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

LITTLE ROCK AR 720
6 NOV 2023 PM 4 L
neopost
11/06/2023
US POSTAGE $00.63⁰
FIRST-CLASS MAIL

NIXIE         250   FE 1         0011/18/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 72201332999    *2057-07877-06-40

2023 NOV 22
TAMMY H.

Joseph D Pridmore Reg No. 31677-009
USP BIG SANDY
Inmate Mail/Parcels
Post Office Box 2068
Inez, KY 41224

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 22 2023

TAMMY H. DOWNS, CLERK
By: 
DEP CLERK