District Court Clerk                    4:17CR293-44

I need a copy of my Plea Agreement and Sentencing Transcript and my Statement of Reason I am a pauper - Have no money I need these Documents For purposes of the First Step Act For a Sentence Reduction, Please get these Documents to me as Fast as Possible

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 13 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Here's my Address

Joseph Pridmore #31677-009
USP Atwater
P.O Box 019001
Atwater CA 95301

Thank you For the Help

Joseph Pridmore #31677-009