IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                          **PLAINTIFF**

v.                CASE NO. 4:17-CR-00293-BSM-44

**JOSEPH D. PRIDMORE**                                                                      **DEFENDANT**

## ORDER

Joseph Pridmore's pro se motion to reduce his sentence [Doc. No. 2808] is denied because the retroactive application of Amendment 821 to the federal sentencing guidelines does not reduce his sentencing range. *See* U.S.S.G 1.10(a)(2). The amendment merely reduces his criminal history points from 26 to 25, and therefore his criminal history category remains at level VI. Pridmore's motion for copies [Doc. No. 2822] is denied as moot.

IT IS SO ORDERED this 18th day of December, 2023.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE