FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 19 2023

TAMMY H. DOWNS, CLERK
By: _____

4:17-cr-293-44

My NAME IS Joseph Pridmore
Case Number # 4:17CR00293BSM
I need a Copy of my Plea Agreement
And Statement of Reasons
and my Sentencing Transcripts
I am Pauper Have No Money I
Need these Documents For
Purposes of the First Step Act
For Sentence Reduction Thank
you for your time

my Paper work Here    Here's the Address Here Please
                                                            #3
Joseph Pridmore
United States Penitentiary
P.O. Box 019001
Atwater Ca
95301