To Judge Miller's Clret

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 09 2024

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

My Name is Joseph Pridmore #31677-009
Case # 4:17-CR-00293-BSM-44
I am Currently servicing a sentence
of 150 months For Distribution of
methamphetamine that I Recieu From
Your Court Room. On Nov 1 2023 there
was a new Amendment 821 Pass that
I ~~could~~ Qualify For Because I was
on parole when I caught my Charge
And I Recieu 2 points For that
So I am a Indigent Inmate, I
am Requesting ~~court~~ ~~attorney~~ A Attorney
to Represent me. I had James H Phillips
when I got my time. So please send
me my Sentencing transcripts and give
me a new Lawyer where I can get
this Started Because Again. I qualify
For this new Amendent 821, Please
get Back to me. Thank you For Your
time Here's my Address Here

Joseph Pridmore #31677-009
United States Penitentiary
P.O Box 019001
Atwater, Ca
95301