IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

v.                 **CASE NO. 4:17-CR-00293-BSM-44**

**JOSEPH D. PRIDMORE**                                                          **DEFENDANT**

## ORDER

Joseph Pridmore's motions for copies and to appoint counsel [Doc. Nos. 2827 and 2836] are denied as moot for the reasons stated in a previous order. *See* Doc. No. 2825. The clerk is directed to send a copy of that order to Pridmore. Pridmore is directed not to file any more motions for copies or appointment of counsel in relation to Amendment 821.

IT IS SO ORDERED this 9th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE