To Public Defender Office

I am a Federal Inmate From Arkansas. My Name is Joseph Pridmore #31677-009 Case #4:17-cr-00293-BSM-44 my Charge Distribution of methamphetamine Actual. I am writing to you today, Because I was told I was Eligble For the New Amendment 821 that got pass on Nov 1 2023, I was on Parole when I caught my Charge. I got the 2 Etra Point For Being on Parole. I am a Indigent Inmate with no Money. I wrote my old lawyer And the Judge who sentence me and I have not heard From them. I need A Lawyer to help me File whatever I need to Filed to get this Amendment 821 Please help me out. Here's my Address:

Joseph Pridmore #31677-009
United States Penitentiary
P.O. Box 019001
Atwater, CA
95301

Thank you For you time